132 A.3d 422

BOUND BROOK BOARD OF EDUCATION, PLAINTIFF–
PETITIONER,GLENN CIRIPOMPA, DEFENDANT–
RESPONDENT.

March 14, 2016.

It is ORDERED that the petition for certification is granted limited to the issue of whether the arbitrator's reliance on *Lehmann v. Toys 'R' Us*, 132 *N.J.* 587, 626 *A.*2d 445 (1993) in dismissing the Board's second charge of inappropriate and unprofessional conduct was grounds for vacating the arbitrator's award.

132 A.3d 423

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALEXIS
RAMOS (A/K/A ALAXIS RAMOS, ALEXIS APARICIO RAMOS,
ALEXIS RAMOSAPARICIO), DEFENDANT–PETITIONER.

March 14, 2016.

It is ORDERED that the petition for certification is granted as to all issues raised by defendant except for those relating to his sentence.